# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**EASTMAN OUTDOORS, INC.,**
    A Michigan corporation,

        Plaintiff,                      Case No. 10-cv-13065
                                                                   Judge

v.

**THE ALLEN COMPANY, Inc.,**
    a Colorado corporation

        Defendant.

---

THE WEINTRAUB GROUP, P.L.C.
Arnold S. Weintraub (P22127)
David L. Oppenhuizen (P70219)
Counsel for Plaintiffs
28580 Orchard Lake Road, Ste. 140
Farmington Hills, Michigan   48334
T: (248) 865-9430
F: (248) 865-9436
aweintraub@weintraubgroup.com
doppenhuizen@weintraubgroup.com

---

### COMPLAINT AND DEMAND FOR JURY TRIAL

---

      Plaintiff Eastman Outdoors, Inc., by its attorneys The Weintraub Group, P.L.C. for its Complaint, state as follows:

### THE PARTIES

      1.      Plaintiff Eastman Outdoors, Inc., is a Michigan corporation with a place of business at 3475 Eastman Drive, Flushing, Michigan 48433, within this judicial district.

2. Plaintiff Eastman Outdoors, Inc. is the owner by assignment of United States Patent No. 6,554,727 ('727 patent) pertaining to arrowheads having both fixed and mechanically expandable blades, such as for use in hunting. (Exh. A).

3. The '727 patent has been assigned to the Plaintiff Eastman Outdoors, Inc. through a series of assignments which have been properly recorded with the U.S. Patent and Trademark Office. (Exh. B).

4. Defendant The Allen Company, Inc., based on information and belief, is a Colorado corporation having a place of business at 525 Burbank Street, Broomfield, Colorado 80020, and is in the business of *inter alia* selling hunting accessories and outdoor products, including archery equipment such as arrowheads.

## JURISDICTION AND VENUE

5. This action arises under the patent laws of the United States and, in particular, 35 USC § 271 *et seq*.

6. Subject matter jurisdiction in this Court is conferred by 28 U.S.C. § 1338(a). Venue is proper under 28 U.S.C. § 1391(b) and (c) as Defendant has, through the internet (e.g., http://www.allencompany.net/spider-mechanical-broadhead.html) and otherwise, offered for sale and sold products accused of infringing the '727 patent in this judicial district and throughout the country.

## COUNT FOR PATENT INFRINGEMENT

7. Plaintiff incorporates the allegations in paragraphs 1-6 above as if fully set forth herein.

8. The '727 patent was duly and legally issued to the inventors Garret L. Armstrong, Dana R. Brackins, and Jeffrey A. Pestrue. Eastman Outdoors, Inc., by virtue of assignment, has

the right to sue and recover damages for infringement of the '727 patent. The '727 patent is valid and subsisting.

9. Defendant has offered for sale arrowheads having both fixed and expandable mechanical blades which infringe one or more of the claims of the '727 patent. Such products incorporate each and every limitation of at least some of the claims of the aforementioned '727 patent, and therefore infringe said patent for the reason that Defendant's actions in making, offering for sale, and selling such products are without right and authority of Plaintiff.

10. Based on information and belief, Defendant has willfully infringed the '727 patent by continuing to make, offer for sale, and sell its arrowheads having both fixed and expandable mechanical blades after being notified of its infringement of the '727 patent.

11. Eastman Outdoors, Inc. has been, and will continue to be, damaged by Defendant's activities as aforesaid in an amount which can only be determined through an accounting; Plaintiff is without an adequate remedy at law to prevent infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Eastman Outdoors, Inc. respectfully prays that this Court enter a judgment against Defendant as follows:

a. U.S. Patent No. 6,554,727 is valid and subsisting;

b. The Defendant has infringed, and is continuing to infringe, U.S. Patent No. 6,554,727;

c. A preliminary and permanent injunction against continued infringement of U.S. Patent No. 6,554,727 by Defendant and all persons in privity therewith;

d. An accounting for and award of damages resulting from Defendant's sale, manufacture, and offer for sale of infringing products in the United States;

e. An award of treble damages against the Defendant pursuant to 35 U.S.C. § 284 on account of Defendant's willful infringement of U.S. Patent No. 6,554,727;

f. An assessment of interest on the damages so computed;

g. An award of Plaintiff's costs, expenses, and attorneys' fees in the action; and

h. Such other and further relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Eastman Outdoors, Inc. demands trial by jury as to all issues triable by a jury in this case as a matter of right.

Respectfully submitted,

THE WEINTRAUB GROUP, P.L.C.

Date: August 3, 2010

/s/Arnold S. Weintraub
Arnold S. Weintraub (P22127)
David L. Oppenhuizen (P70219)
ATTORNEYS FOR PLAINTIFF
Eastman Outdoors, Inc.
28580 Orchard Lake Road, Ste. 140
Farmington Hills, MI  48334
(248)  865-9430

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010, I electronically filed the foregoing paper, including exhibits, with the Clerk of the Court using the ECF system.  I also hereby certify that such documents will be served upon Defendants via service of process by mail.

/s/David L. Oppenhuizen
THE WEINTRAUB GROUP, PLC
28580 Orchard Lake Road, Ste. 140
Farmington Hills, MI  48334
doppenhuizen@weintraubgroup.com
248-865-9430